1  DAVID CHIU, State Bar #189542
   City Attorney
2  ELAINE M. O'NEIL, State Bar #142234
   ARI BARUTH, State Bar # 258418
3  KELLY MANNION, State Bar # 278816
   Deputy City Attorneys
4  Fox Plaza
   1390 Market Street, 7th Floor
5  San Francisco, CA  94102-5408
   Telephone:    (415) 554-3897
6  Facsimile:    (415) 255-0733
   E-Mail:        ari.baruth@sfcityatty.org
7                  kelly.mannion@sfcityatty.org

8
   Attorneys for Defendant
9  CITY AND COUNTY OF SAN FRANCISCO,
   DAVE CURTO, and erroneously sued as
10 DEPARTMENT OF HOMELESSNESS
   AND SUPPORTIVE HOUSING

11

12                UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14 THE UNITED COUNCIL OF HUMAN          Case No. 3:25-cv-09819-LJC
   SERVICES et al.,
15                                       [PROPOSED] ORDER
          Plaintiffs,
16                                       Trial Date:        Not Set
          vs.
17
   FELTON INSTITUTE et al,
18
          Defendants.
19

20

21 The Court has reviewed Defendants' Administrative Motion for Additional Time submitted in

22 connection with the Administrative Motion, and any opposition thereto, and hereby GRANTS the

23 request.  The Defendants must Answer on or before December 22, 2025.

24 **IT IS SO ORDERED.**

25

26 DATED: November 25, 2025

27                                       _____
                                         HONORABLE LISA J. CISNEROS
                                         U.S. Magistrate Judge
28